UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

QIAN CHEN,

          Plaintiff,

    v.

RICARDO S. MARTINEZ,
Chief District Court Judge,

          Defendant.

CASE NO. C19-1387-RAJ

ORDER DENYING IN FORMA PAUPERIS REQUEST

The Court, having reviewed plaintiff's applications to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) Plaintiff's IFP applications, and Motion Requesting all communication and documents be submitted via the telephone (Dkt. 4) are DENIED, and this case is DISMISSED without prejudice; and

(3) The Clerk is directed to send copies of this Order to plaintiff and to the Honorable Mary Alice Theiler.

DATED this 5th day of November, 2019.

                                        *Richard A. Jones*

                                        The Honorable Richard A. Jones
                                        United States District Judge